44 Ill. App.2d 373 (1963)
194 N.E.2d 664
Baughman Manufacturing Co., Inc., Plaintiff-Appellee,
v.
Clarence A. Hein, d/b/a Hein Equipment Co., and Hein Equipment Co., Defendants-Appellants.
Gen. No. 10,451.
Illinois Appellate Court  Third District.
December 19, 1963.
*374 Armbruster & Diaz, of Alton (Ross Armbruster, of counsel), for appellants.
W.F. Hacker, of Jerseyville, for appellee.
(Abstract of Decision.)
Opinion by JUDGE REYNOLDS.
Reversed.
Not to be published in full.